# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
GUALBERTO RIVERA-CARRASCO )
) Case No: 1:14CR00211-001
) USM No: 33193-280
Date of Original Judgment: 02/11/2016 )
Date of Previous Amended Judgment: ) Pro Se
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 782 went into effect on November 1, 2014. Because Mr. Rivera-Carrasco was sentenced after that date, the Court had the benefit of the amendment at the time of his sentencing. He is not eligible for a sentence reduction pursuant to Amendment 782.

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/17/2017

Effective Date: _____
*(if different from order date)*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gualberto Rivera-Carrasco #33193-280
Eden Detention Center
PO Box 605
Eden, TX 76837

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE
jeffrey.preston@usdoj.gov

Tiffany J. McCormick
UNITED STATES ATTORNEY'S OFFICE
tiffany.mccormick@usdoj.gov